**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**

**LUIS ALFONSO RAMIREZ**, *aka Poncho, aka Og Poncho*,
**JACQUEZ LATRON FRANKS,**
**RAMIRO VILLA CHAVEZ**, *aka Milton Suarez-Perez*,
**MISAEL BENITEZ BUSTOS,**
**ALEJANDRO RENTERIA BLANCO,**
**BERGIN ZEYLAYA FLORES,** and
**MONIQUE RENEE BURTON,**

**Defendants.**

**CASE NO:**
**7:26-cr-14–WLS-ALS**

## ORDER

The Court intends to notice this case for the February 2027 Valdosta trial term. All Parties' counsel shall review the case, confer, and inform the Court no later than **Tuesday, November 10, 2026**, whether any matters require a hearing or further briefing or whether the case is otherwise ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference**.

**SO ORDERED** this 3rd day of November 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**